# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 17-5276**

**September Term, 2017**

**1:17-cv-02122-TSC**

**Filed On:** December 20, 2017

Rochelle Garza, as guardian ad litem to
unaccompanied minor J.D., on behalf of
herself and others similarly situated, et al.,

      Appellees

     v.

Eric D. Hargan, Acting Secretary, Health and
Human Services, et al.,

      Appellants

------------------------------

Consolidated with 17-5277

**BEFORE:** Rogers, Tatel, and Millett, Circuit Judges

## O R D E R

Upon consideration of the unopposed motions for voluntary dismissal filed by the government and the individual Appellants, and the Appellees' sealed motion for leave to file document under seal and for leave to file redacted version on the public record, it is

**ORDERED** that the government's motion for voluntary dismissal be granted. It is

**FURTHER ORDERED** that the individual Appellants' motion for voluntary dismissal be granted. It is

**FURTHER ORDERED**, on the court's own motion, that the court will retain jurisdiction over the Appellees' sealed motion for leave to file document under seal and for leave to file redacted version on the public record, see D.C. Cir. Rule 47.1(f); Fed. R. App. P. 10(e)(2)(C), and that disposition of that motion be held in abeyance pending the district court's disposition of the motion to unseal the same material pending before it,

see D.C. Cir. Rule 47.1(c).  The parties are directed to file motions to govern further proceedings within five days of the district court's disposition of the pending motion.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:      /s/
Ken Meadows
Deputy Clerk